**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DIANE STRETTON,                    )   Case No. EDCV 09-1709-VAP
                                   )   (OPx)
            Plaintiff,             )
                                   )   **JUDGMENT**
    v.                             )
                                   )
JAY WILEY JONES, ESQ.,             )
et al.,                            )
                                   )
            Defendants.            )
_____)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED
WITHOUT PREJUDICE.  The Court orders that such judgment
be entered.


Dated:  May 24, 2012       _____
                                    VIRGINIA A. PHILLIPS
                             United States District Judge