**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE STRETTON,<br><br>        Plaintiff,<br><br>   v.<br><br>JAY WILEY JONES, ESQ.,<br>et al.,<br><br>        Defendants. | Case No. EDCV 09-1709-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  May 24, 2012

                                      VIRGINIA A. PHILLIPS<br>                                United States District Judge